**2005–0380. State v. Jenkins.**

Summit App. No. 22008, 2005-Ohio-11. Discretionary appeal accepted on Proposition of Law No. II; cause held for the decisions in 2004–1771, *State v. Quinones,* Cuyahoga App. No. 83720, 2004-Ohio-4485, and 2004–1568, *State v. Foster,* Licking App. No. 03CA95, 2004-Ohio-4209; and briefing schedule stayed.

RESNICK and PFEIFER, JJ., dissent.

**2005–0386. Lobdell v. Lobdell.**

Licking App. No. 2004 CA 0036, 2005-Ohio-80. Discretionary appeal accepted; cause held for the decision in 2004–1492 and 2004–1647, *Estate of Harrold v. Collier,* Wayne App. No. 03CA0064, 2004-Ohio-4331; and briefing schedule stayed.

RESNICK, J., would accept the appeal without holding.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.